UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Susan McLaughlin</u>

    v.                                       Civil No. 07-cv-337-PB

<u>NH State Prison for Women, Warden</u>

### **O R D E R**

    Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $26.60 is due no later than November 20, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH State Prison for Women when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 19, 2007

cc:    Susan McLaughlin, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison for Women, Inmate Accounts